**B6C (Official Form 6C) (12/07)**

In re **Krysti Marie Johnson**, Case No. **2:09-bk-34430-SB**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account One United Bank** | **C.C.P. § 703.140(b)(5)** | **39.00** | **39.00** |
| **Household Goods and Furnishings** | | | |
| **Various household goods and furniture** | **C.C.P. § 703.140(b)(3)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel** | | | |
| **Personal clothing and wearing apparel** | **C.C.P. § 703.140(b)(3)** | **1,500.00** | **1,500.00** |
| **Furs and Jewelry** | | | |
| **Personal small jewelry** | **C.C.P. § 703.140(b)(4)** | **200.00** | **200.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1999 Chevy Tahoe** | **C.C.P. § 703.140(b)(5)** | **9,743.72** | **Unknown** |
| **Property to be surrendered** | | | |
| | Total: | **13,982.72** | **4,239.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Vernon R. Yancy (SBN 219891)**<br>**3250 Wilshire Blvd., Ste 1500**<br>**Los Angeles, CA 90010**<br>**13-480-0200 Fax: 213-388-2411**<br><br>*Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Krysti Marie Johnson**<br><br>Debtor(s). | CHAPTER **7**<br>CASE NUMBER **2:09-bk-34430-SB**<br><br>(No Hearing Required) |
|---|---|

## NOTICE OF MOTION AND MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (PERSONAL PROPERTY)
### (Creditor Name: ___FIRESIDE BANK___)
*(Insert Name of Creditor holding Lien to be Avoided)*

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
   Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to Debtor's Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within fifteen (15) days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case:**
   a. ☒ A Voluntary Petition under Chapter    ☒ 7   ☐ 11   ☐ 12   ☐ 13 was filed on: 9-10-2009
   b. ☐ An Involuntary Petition under Chapter   ☐ 7   ☐ 11 was filed on:
      ☐ An Order of Relief under Chapter   ☐ 7   ☐ 11 was entered on:
   c. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on:
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of Trustee Appointed (*if any*):   **Edward M. Wolkowitz**
   b. ☐ Name of Attorney of Record for Trustee (*if any*):

6. Debtor claims an exemption in the subject personal property under:
   a. ☐ California Code of Civil Procedure § _____ (Homestead): Exemption amount claimed on Schedules: $_____
   b. ☒ California Code of Civil Procedure § 703.140(b)(5) Exemption amount claimed on Schedules: $ 9,743.72
   c. ☐ Other Statute (*specify*):
   d. ☐ Other Statute (*specify*):

7. Debtor's entitlement to an exemption is impaired by a non-judicial lien, the details of which are as follows:

*(Continued on next page)*

---
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-1.7**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

| In re | CHAPTER **2:09-bk-34430-SB** |
|---|---|
| **Krysti Marie Johnson** Debtor(s). | CASE NUMBER **2:09-bk-34430-SB** |

a. On *(specify date)*: __10-20-2007__, Debtor obtained a consumer loan from Respondent in the principal amount of *(specify amount)*: $ **11,875 for automobile purchase**

b. As security for said loan, Debtor gave Respondent a security interest in certain personal property in Debtor's possession.

c. The loan was neither obtained nor used for the purpose of buying the personal property described in Paragraph (b) above.

d. The current balance due on the loan is *(specify amount)*: $ **9,743.72**

8. On Schedule C, Debtor claimed an exemption in said personal property.

9. Debtor alleges that the fair market value of each individual item of the personal property claimed exempt is set forth in a declaration attached hereto. *(Attach Debtor's declaration to this motion)*

10. Debtor attaches the following documents in support of the motion *(as appropriate)*:

   a. ☒ Schedule C listing all exemptions claimed by Debtor(s) (AMENDED)
   b. ☒ Loan agreement EXHIBIT A
   c. ☐ Security agreement
   d. ☐ Declaration of Fair Market Value
   e. ☒ Other *(specify)*: Abstract of Judgement- August 28, 2009 Lien for 1999 Chevy Tahoe, which Fireside refused in surrender. (EXHIBIT B) Vehicle is inoperable and currently in Debtor's possession.
   f. ☐ Other *(specify)*:
   g. ☐ Other *(specify)*:

11. Total number of attached pages of supporting documentation: _____

12. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at __**4-14-2010**__, California.

WHEREFORE, Debtor prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the subject lien.

Dated:      /s/ Krysti Marie Johnson
             *Debtor's Signature*

Dated:      **Law Offices of Vernon R. Yancy**
             *Law Firm Name*

             By: /s/ Vernon R. Yancy

             Name: **Vernon R. Yancy (SBN 219891)**
                     *Attorney for Debtor*

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

F 9013-1.7

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

| In re | | CHAPTER | 2:09-bk-34430-SB |
|---|---|---|---|
| | **Krysti Marie Johnson** | | |
| | Debtor(s). | CASE NUMBER | 2:09-bk-34430-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


The foregoing document described __X__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

1) NOTICE OF MOTION AND MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. SECTION 522(f);

2) MOTION TO AVOID FIRESIDE BANK LIEN PURSUANT TO 11 U.S.C. SECTION 522(f); POINTS & AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DEBTOR IN SUPPORT THEREOF; CERTIFICATE OF SERVICE


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 14, 2010**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-14-10 | **Candace Cooper** | |
|---|---|---|
| Date | Type Name | Signature

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-1.7

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Order on Motion to Avoid Lien (Personal Property) - Page 3    F 9013-1.7

| In re | | CHAPTER | 2:09-bk-34430-SB |
|---|---|---|---|
| | **Krysti Marie Johnson** | | |
| | Debtor(s). | CASE NUMBER | **2:09-bk-34430-SB** |

**ADDITIONAL SERVICE INFORMATION (if needed):**

OFFICE OF THE U.S. TRUSTEE
725 S. FIGUEROA ST., 26TH FL
LOS ANGELES, CA 90017

CHAPTER 7 TRUSTEE

Edward M. Wolkowitz
ROBINSON, DIAMANT & WOLKOWITZ
1888 Century Park East, #1500
LOS ANGELES, CA 90067

CREDITOR

Fireside Bank
5050 Hopyard Road #200
Pleasanton, CA 94588

ATTORNEY FOR CREDITOR

SHARON T. LUNA
VIDHYA g. IYER
Fireside Bank
5050 Hopyard Road #200
Pleasanton, CA 94588

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-1.7**