Vernon R. Yancy, Esq. (SBN 219891)
Law Offices of Vernon R. Yancy
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)480-0200  Fax (213)388-2411
Attorney for Debtor(s): Krysti Johnson

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Krysti Marie Johnson<br><br>Debtor(s) | **CHAPTER 7**<br>CASE NO. 2:09-bk-34430-SB<br><br>**MOTION TO AVOID FIRESIDE BANK LIEN PURSUANT TO 11 U.S.C. SECTION 522(f); POINTS & AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DEBTOR IN SUPPORT THEREOF**<br><br>DATE: (No Hearing Required)<br>TIME:<br>CTRM: |

TO HONORABLE SAMUEL L. BUFFORD, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

KRYSTI MARIE JOHNSON the debtor in the above-referenced case, will move this Court for an order to avoid a Judicial Lien on Exempt Property filed in the Superior Court of California, County of Los Angeles, by creditor Fireside Bank.

This motion is based upon the notice of motion, the motion, the attached memorandum of points and authorities, the attached motion to avoid lien pursuant to 11 U.S.C. Section 522(f), and the attached declaration of KRYSTI MARIE JOHNSON, the debtor in support.

Dated: ____April 14, 2010_____          Respectfully submitted,


          /s/ Vernon R. Yancy____
          Vernon R. Yancy, Esq.
          Attorney for debtor(s)

1

## POINTS AND AUTHORITIES

1. **THE WITHIN LIEN SHOULD BE AVOIDED**.

11 U.S.C. Section 522(f), permits the court to issue an order avoiding a Judicial lien on otherwise exempt property, under section 522(f)(1)(A) and nonpossessory, nonpurchase-money security interests under section 522(f)(1)(B).

The Debtor seeks "relief" in that she wishes to obtain avoidance of one judicial lien; relief which should be obtained because the judicial lien "impairs" the Debtor's exemption.

The Debtor's spouse and Debtor entered into a retail installment contract (see Exhibit '"A") with Carriere Car Company to buy a used 1999 Chevrolet Tahoe (motor vehicle). The Debtor experienced financial hardship in or about August 18, 2008. The Debtor offered surrender of the motor vehicle to Fireside Bank, which was refused. Fireside bank filed a breach of contract action and obtained a judgment against Debtor for $9,743.72. Fireside Bank has filed an involuntary lien in the County of Los Angeles Recorders office. Debtor currently has possession of the now-inoperable motor vehicle.

## CONCLUSION

WHERFORE, debtor requests that his motion be granted and an order be entered avoiding the lien of Fireside Bank.

Respectfully submitted.

Dated: ___April 14, 2010_____        __/s/ Vernon R. Yancy_____
                                                                           Vernon R. Yancy, Esq.
                                                                           Attorney for debtor(s)

# DECLARATION OF DEBTOR IN SUPPORT OF MOTION
# TO REOPEN AND TO AVOID LIEN

I, Krysti Marie Johnson, hereby declare:

1. I am the debtor in the above-referenced case.

2. The following facts are true of my own knowledge and belief and if called to testify as a witness in this matter, I could and would, testify competently in such capacity.

3. This case was commenced on September 10, 2009 with the filing of the Chapter 7 Petition case no. 2:09-bk-34430-SB. The 341(a) Meeting of Creditors was held on October 7, 2009.

4. The creditor Fireside Bank filed a complaint for breach of contract after refusing surrender of the subject 1999 Chevrolet Tahoe motor vehicle, at Superior Court of California, Los Angeles, Southwest District, Court Case Number SB09C01397 on April 16, 2009. Due to lack of income I did not file a response and this creditor obtained a judgment against me. On August 20, 2009 this creditor filed an involuntary lien -abstract of judgment- on the Los Angeles County Recorder office, Document Number 20091347432 (see Exhibit "B").

5. I do not know the current market value of the 1999 Chevrolet Tahoe because it is inoperable.

6. All the debt I owed to this creditor Fireside Bank should be included in my bankruptcy petition and discharged, and the involuntary lien in the County of Los Angeles removed.

7. Attached as Exhibit A and B hereto and incorporated herein by reference are true and correct copies of the following:

Exhibit A: Retail Installment Sale Contract

Exhibit B: Involuntary lien filed in Los Angeles County Recorder office.

//

1

2     I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE

3 OF CALIFORNIA AND THE UNITED STATES OF AMERICA THAT THE FOREGOING IS

4 TRUE AND CORRECT.

5 Executed this __14th___ day of __April_____, 2010 at Los Angeles, California.

6

7                                          /s/ Krysti Marie Johnson_____
8                                          Krysti Marie Johnson

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28