# EXHIBIT B

**This page is part of your document - DO NOT DISCARD**



**20091347432**

Pages: 0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**09/02/09 AT 10:45AM**

| | |
|---|---|
| FEES: | 29.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 29.00 |



LEADSHEET



200909020780036

000001136855



002291584

SEQ:
01

DAR - Mail (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

EXHIBIT "B"

RECORDING REQUESTED BY AND MAIL TO:

POLK, PROBER & RAPHAEL,
A Law Corporation
20750 Ventura Blvd., #100
Woodland Hills, CA 91364
(818) 227-0100

*20091347432*
09/02/2009

↑ SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ↑

## DOCUMENT TITLE

☑ ABSTRACT OF JUDGMENT
☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
☐ OTHER

*For Government Use Only*

2

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, address, State Bar number, and telephone number):
Recording requested by and return to:
Dean Prober    Bar No. 106207
POLK, PROBER & RAPHAEL
20750 VENTURA BLVD., SUITE 100
WOODLAND HILLS, CA 91364
(818) 227-0100

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 825 Maple Ave.
MAILING ADDRESS: Torrance, CA 90503
CITY AND ZIP CODE:
BRANCH NAME: Southwest District

PLAINTIFF: FIRESIDE BANK
DEFENDANT: PHILLIP JOHNSON AND KRYSTI JOHNSON

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

CASE NUMBER: SB09C01397

RECEIVED
AUG 2 0 2009
SOUTHWEST DISTRICT
FOR RECORDER'S USE ONLY

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────┐
      │ Phillip Johnson         │
      │ 5938 5th Ave.           │
      │ Los Angeles, CA 90043   │
      └─────────────────────────┘
   b. Driver's license no. (last 4 digits) and state: 8257 CA    [ ] Unknown
   c. Social security no. (last 4 digits): 9685    [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Phillip Johnson
      5938 5th Ave.
      Los Angeles, CA 90043

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Fireside Bank
   5050 Hopyard Road # 200
   Pleasanton, CA 94588

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: August 18, 2009
DEAN PROBER
(TYPE OR PRINT NAME)    (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 9,743.72
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): August 7, 2009
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on (date):
AUG 2 8 2009

JOHN A. CLARKE
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**
FH.010-7016
Los Angeles

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.FormsWorkflow.com

| PLAINTIFF: FIRESIDE BANK | CASE NUMBER |
|---|---|
| DEFENDANT: PHILLIP JOHNSON AND KRYSTI JOHNSON | SB09C01397 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Krysti Johnson
12100 Wilshire Blvd. Ste #1125
Los Angeles, CA 90025

Driver's license no. [last 4 digits] 0887  CA
and state:   ☐ Unknown

Social security no. [last 4 digits]: 5762   ☐ Unknown

Summons was personally served at or mailed to (address):
Krysti Johnson
12100 Wilshire Blvd. Ste #1125
Los Angeles, CA 90025

17. Name and last known address

Driver's license no. [last 4 digits]
and state:   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to (address):

18. Name and last known address

Driver's license no. [last 4 digits]
and state:   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to (address):

19. Name and last known address

Driver's license no. [last 4 digits]
and state:   ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 2 of 2