Order on Motion to Avoid Lien (Personal Property) - Page 3   F 9013-1.7

| In re | | CHAPTER | 2:09-bk-34430-SB |
|---|---|---|---|
| | *Krysti Marie Johnson* | | |
| | Debtor(s). | CASE NUMBER | 2:09-bk-34430-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

The foregoing document described __X__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

1) NOTICE OF MOTION AND MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C. SECTION 522(f);

2) MOTION TO AVOID FIRESIDE BANK LIEN PURSUANT TO 11 U.S.C. SECTION 522(f); POINTS & AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF DEBTOR IN SUPPORT THEREOF; CERTIFICATE OF SERVICE

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 14, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-14-10 | **Candace Cooper** | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

**ADDITIONAL SERVICE INFORMATION (if needed):**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-1.7

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Order on Motion to Avoid Lien (Personal Property) - Page 3    F 9013-1.7

| In re | | CHAPTER | 2:09-bk-34430-SB |
|---|---|---|---|
| | *Krysti Marie Johnson* | | |
| | Debtor(s). | CASE NUMBER | 2:09-bk-34430-SB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

OFFICE OF THE U.S. TRUSTEE
725 S. FIGUEROA ST., 26TH FL
LOS ANGELES, CA 90017

CHAPTER 7 TRUSTEE

Edward M. Wolkowitz
ROBINSON, DIAMANT & WOLKOWITZ
1888 Century Park East, #1500
LOS ANGELES, CA 90067

CREDITOR

Fireside Bank
5050 Hopyard Road #200
Pleasanton, CA 94588

ATTORNEY FOR CREDITOR

SHARON T. LUNA
VIDHYA g. IYER
Fireside Bank
5050 Hopyard Road #200
Pleasanton, CA 94588

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 9013-1.7